# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

November 16, 2001

*Before*

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| No. 00-1241 | Appeal from the United States District Court for the |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Northern District of Illinois, Eastern Division |
| *v.* | No. 97 CR 851 |
| LAURENCE SEWARD, *Defendant-Appellant*. | Blanche M. Manning, *Judge*. |

# O R D E R

The opinion issued on November 15, 2001 in the above case is amended to read as follows:

> Page 1, first full paragraph, line 9 – the word "trustee" should read "executor."